# Exhibit A

# IN THE CIRCUIT COURT OF Cook COUNTY

CASE # 08M1109617   RETURN DATE 10-2-08
PLAINTIFF Portfolio Recovery Associates LLC
DEFENDANT Alejandro Rodriguez
ADDRESS OF SERVICE 3207 W. Washington Blvd, Apt 2, Chicago IL 60624
ATTORNEY(S) FOR PLAINTIFF Blatt, et al

I, Jefferson Hardin, THE UNDERSIGNED EMPLOYED WITH BARRISTERS STATE THE FOLLOWING: I AM ABOVE THE AGE OF EIGHTEEN. I AM NOT A PARTY TO THE ACTION. I CERTIFY THAT I HAVE SERVED THE DEFENDANT WITH A:

✓ SUMMONS/COMPLAINT ....... RULE TO SHOW CAUSE ....... SUMMONS AFTER CONDITIONAL JUDGEMENT

....... SUBPOENA ....... NOTICE OF MOTION ....... ORDER ....... WAGE DEDUCTION SUMMONS

✓ PERSONAL SERVICE ON THE NAMED DEFENDANT

....... SUBSTITUTE SERVICE BY LEAVING COPY OF THE WRIT AT THE BELOW LISTED RESIDENCE WITH A PERSON OF THE AGE OF THIRTEEN YEARS OR OLDER AND INFORMING OF THE CONTENTS THERE OF AND WHO SERVICE IS FOR. A COPY WAS ALSO MAILED TO THE DEFENDANT AT HIS/HER PLACE OF ABODE IN A SEALED ENVELOPE, POSTAGE FULLY PREPAID ON .......

....... SERVICE ON: CORPORATION ....... COMPANY ....... BUSINESS .......

WRIT SERVED ON .......

RELATIONSHIP/TITLE .......

SIGNATURE OF RECIPIENT X .......

DESCRIPTION OF PERSON SERVED: GENDER M RACE H APPROXIMATE AGE 35-40
DATE OF SERVICE 8-30-08   TIME OF SERVICE 11:50 (AM) PM

....... THE NAMED DEFENDANT WAS NOT SERVED BECAUSE .......

ATTEMPTED SERVICE DATES:

| DATE | TIME |
|---|---|
| 8-30-08 | 11:50 (am) pm |
|  | am pm |
|  | am pm |
|  | am pm |

STATE OF ILLINOIS DEPARTMENT OF REGISTRATION NUMBER 117-000883
STATE OF ILLINOIS PERMANENT EMPLOYEE REGISTRATION CARD NUMBER 129-Pending

UNDER PENALTIES AS PROVIDED BY LAW PURSUANT TO S1-109 OF THE CIVIL CODE OF PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENTS SET FORTH ARE TRUE AND CORRECT TO HIS/HER BELIEF.

SERVED BY Jefferson Hardin   PROCESS SERVER'S SIGNATURE

Comments: _____

server initials: HJ   Computer # 2045594   Price $ 35.00

DATE DUE IN OFFICE ......./......./.......