# Exhibit C

ORDER/MOTION CALL (This form replaces CCM1 0642)     CCM 0624 —1112

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**FIRST MUNICIPAL DISTRICT**

LINE NO. 2

PORTFOLIO RECOVERY ASSOCIATES LLC
   Plaintiff

NO. 08M1 109617

vs.

ALEJANDRO RODRIGUEZ
AKA ALEJANDRO FERGUSON

   Defendant

**MOTION CALL ORDER**

Present before the court: [ ___ ] Plaintiff [ ___ ] Defendant [ X ] Plaintiff's Counsel [ ___ ] Defendant's Counsel
This matter having come before the court, the court having jurisdiction and being fully advised,

**IT IS HEREBY ORDERED:**

[ ___ ] (4902) To Vacated DWP of _____ is Granted.
[ ___ ] (5902) _____ is Denied.
[ ___ ] (4902) To Vacate Default Judgment of _____ is Granted.
[ ✓ ] (4482) and this case is set for Trial on _____, ____ at ____ a.m./p.m. in Rm. ____
[ X ] (4482)     for Status on 2-5, 2009 at 9:30 a.m./p.m. in Rm. 1112
[ ___ ] (5902) To Vacate the Default Judgment of _____ is Granted.
[ ___ ] (4902) To Vacate the Dismissal of _____ is Granted.
         and case is reinstated; Judgment for _____
[ ___ ] (4001) in the amount of $_____.
[ ___ ] (4384) To Vacate Installment Order of _____ is GRANTED, Judgment to stand.
[ ___ ] (4280) For Summary Judgment in favor of _____ is GRANTED.
[ ___ ] (5280) _____ is DENIED.
[ X ] (4226) To Dismiss as to Defendant Alejandro Rodriguez is GRANTED. ~~w/ prejudice~~
[ ___ ] (5226) ~~is DENIED.~~
[ ___ ] ( ) Motion to/for _____ is CONTINUED
     ( ) for HEARING at _____ a.m./p.m. on, _____, _____ in Rm. ____
     ( ) with the following briefing schedule:
_____

[ ___ ] ( ) Judgment is entered in favor of the Plaintiff _____ and against
         the Defendant _____ in the sum of $_____ plus court costs.
[ X ] ( ) Plaintiff's complaint is dismissed and Plaintiff
         is given leave to file an amended
[ ___ ] ( ) ~~See Attached Order:~~ complaint within 28 days.
         Defendants motion to Dismiss pursuant to 2-615
         is granted.

Attorney No. 01237
Blatt, Hasenmiller, Leibsker & Moore, LLC
Attorney for Plaintiff
125 S. Wacker Drive, Suite 400
Chicago, Illinois 60606-4440
(312)704-9440
Ref # 2045594

~~Judge Dennis M. McGuire~~ 20

ENTER:    04 2008

~~Judge~~ Circuit Court - 1856 Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

PLTOMCOI